UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ELY STATE PRISON,<br><br>　　　　Defendant. | Case No.  2:24-cv-00988-GMN-EJY<br><br>**ORDER** |

　　　　On May 28, 2024, Plaintiff submitted a Civil Rights Discrimination Complaint on a form provided by the Department of Health and Human Services Office for Civil Rights ("Office for Civil Rights").  ECF No. 1-1.  Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action.

　　　　It is unclear whether Plaintiff seeks to file a Complaint with the Office for Civil Rights or is attempting to initiate a lawsuit in this federal court.  If Plaintiff intended to initiate an action with the Office for Civil Rights, he must file a notice to voluntarily dismiss this action and refile his Complaint with the correct civil rights office.  If Plaintiff seeks to initiate a civil rights lawsuit in the U.S. District Court for the District of Nevada, he must submit his Complaint on the approved form provided by this Court.  *See* Local Rule LSR 2-1.

　　　　Plaintiff must also pay the filing fee or complete an application to proceed *in forma pauperis*.  To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.  This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　　Accordingly, IT IS HEREBY ORDERED that no later than **August 2, 2024**, Plaintiff must file a Complaint on this Court's approved form and either pay the $405 filing fee for a civil action

or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that to the extent Plaintiff intended to initiate an action with the Department of Health and Human Services Office for Civil Rights, Plaintiff must file a notice to voluntarily dismiss this case, in this Court, and refile his Complaint with the correct civil rights office.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the approved form for filing a 42 U.S.C. § 1983 complaint, (2) instructions for completing the complaint, (3) the application to proceed *informa pauperis* for inmates, and (4) instructions for completing this form.  The Clerk of the Court will also send Plaintiff a copy of his Civil Rights Discrimination Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that failure to file a complaint and either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **August 2, 2024**, will result in a recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED this 5th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE